IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY WELLS, | § |
| | § |
| Plaintiff, | § |
| v. | §   Civil Action No. 3:13-CV-3658-M |
| | § |
| BANK OF AMERICA, N.A., | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss and Brief in Support*, filed September 19, 2013 (doc. 4), is **GRANTED in part** and **DENIED in part**. Plaintiff's claim against Defendant for an accounting is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. Remaining for trial are Plaintiff's claims for breach of contract, limitation of actions under Tex. Civ. Prac. & Rem. Code § 16.035, quiet title, declaratory judgment, and injunctive relief.

**SIGNED** this 12th day of September, 2014.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**