IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY WELLS, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:13-CV-3658-M |
| § | |
| BANK OF AMERICA, N.A., § | |
| § | |
| Defendant. § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Partial Summary Judgment,* filed November 5, 2014 (doc. 24), is **DENIED**, and *Defendant's Motion for Summary Judgment and Brief in Support*, filed November 7, 2014 (doc. 27) is **GRANTED**. By separate judgment, Plaintiff's remaining claims will be **DISMISSED with prejudice.**

**SIGNED** this 14th day of July, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS